DLB 25CV0882

USDC- GREENBELT
'25 MAR 17 PM 4:03

In the month of October 2024, I Fernando R.Stanford was seeking to get in touch with Andres Jimenez in order to brèed my black female Zuma vom Wellental chip number 981189900093296 SZ-Nr 2344295 that I purchase from Germany, AKC reg number DN80088401 to the seemen he have of hisAmbassador von der Eisernen Festung chip Nr 9911989900102774 stored in the sperms bank with his Vet,I had called Andres Jimenez and for some reason I wasn't getting no return call. So,I contacted Brian Dyer,and asked him if could get in- touch with Andres Jimenez.

Brian Dyer, then stated that he speaks to Andres every day,and that he was probably in Ohio seeing a specialist who's treating his son. Within a few minutes I received a call from Andres Jimenez, and I was able to get the approval and the clearance to make the breeding. I asked Brian, if I could use the person he claim he had in Tennessee.

Brian stated that he will go to the vet and facilitate the breeding he stated that the female was in season and he needed to get my credit card number to pay for it,I told him that I wouldn't put my credit card number out there like that, but I could put it in Zelle or Cash app.

He said don't worry about it,I'll use my card and you can send it to me, in a couple weeks, I said OK, but within a few days he started calling me, about it,So, I payed him back sooner than the agreement we had made.

With that I asked him how much would he need monthly for food,because I feed raw food and I didn't want to feed kibble, He assured me that the kibble he feeds is of high quality and she would transition easily on that.

I agreed under the condition that he should video or send me pictures once a week and that if it worked well, I'll give him some puppies out of the litter.

Everything was moving ok,until around Dec 18 when he sent me some pictures of my Female with cold in her EYES and Blood on her Tongue

I then asked him about it and he got heated I then asked Mr Brian Dyer to sign a contract assuring me that he will be responsible if anything should happen to my dog or the litter while in his care.

Mr Dyer then stated tha he's not going to sign no contract and that I could sue him,because he's not going to return my female until after the puppies are born.

The puppies was born on December 21

Brian Dyer contacted me on the 23 and said your female had 4 puppies one was born dead and there's a little puppies that's a little weak he's not eating,I suggested for him to feed her with a syringe or baby bottle and take her to the vet.

I didn't hear no more from Mr Dyer,Until a few days later when he called me saying the smaller puppy has also died.

I asked him if he had taken the puppies to the vet to get a necropsy as proof of death.

He also called me an old fool and told me, I needed to apologize to him, and don't call him because he's not going to call me anymore or answer the phone!

I asked Mr Brian Dyer to return my dog and all he kept saying is this dog isn't going to leave my property until you register the litter and give me papers for the puppy.

Mr Dyer as kidnapped my dog held her against my will.

He also stated that he sent papers to AKC in an attempt to register as his litter.

I was able to speak to AKC foreign registration and place an hold on that procedure.

There's an AKC case number ref #202406103 Zuma vom Wellental Fernando R.Stanford

1 OF 2   Fernando R. Stanford   3-17-2025

Mr Brian Dyer contacted me,and try to convince me to lie to the akc,by telling them that I leased my dog to him 4 months before the breeding, which would have been perjury.
He failed to follow up with orders from the vet to get a pejustrom in order to monitor the well being of the puppies, during whelping.
Breach of contract,willfully and purposely inflicting mental and emotional pain and suffering, fraud.
Mr Dyer actions has heightened my PTSD,ANCIETY,DEPRESSION SLEEPAPNEA.
He posted numerous Defamation of character and integrity writing on Facebook .
I offered Mr Brian Dyer a resolution of taking the female and the 2 surviving puppy to the vet to get them worked and to send them back with my friend Stefan…someone that we both know personally. And he told Mr Stefan that he had already applied for registration from the AKC…and all I had to do was to go online and sign over the papers.
I'm seeking a jury trial and damages base on willing violation of 18 U.S.C 242 compensation in the amount of $25000.00

I'll like the courth to consider that I'm a 100 % disable Vietnam vn Veteran with the diagnosis of Ptsd,sleep apnea ,depression,anxiety and that I use my dogs for support and companionship.
1.ÿThe plaintiff brings this action under tittle 2 of the Civil Rights Act of 1964
2.This court has jurisdiction pursuant to the following statutes
a)18 U.S.C.242
b)28U.S.C.$1343( 3) and( 4)to extend which gives distric courts original jurisdiction over civil over actions arising under the civil rights to extended by Unitedconstitution, laws or treaties of United States government
c 28U.S.C.$1367,which gives district court supplemental jurisdiction over state law claims
3. Venue is appropriate in this judicial district under 28 U.S.C. $139,which gives distric court supplemental jurisdiction over state law claims
My Female cost me at the time 8500.00 Euros For the purchase
1900.00 euros for air freight.
400.00 for a power of attorney representative at custom and another cost with credit card for handling and shipments by Luthanza air freight.
My puppies are normally sold within $5000.00
The value of two male puppies that aren't proven to be dead is very mentally and emotionally taxing
They're no value that can consume the emotional experience of the uncertainty.
I also paid $1250.00 for breeding %1373.00 including the border tela shots..before breeding and $400.00 for transport Nanjemoy Maryland to Iram,Georgia

2546 Smith Point Rd
Nanjemoy md 20662

2 of 2    Fernando R Stanford    3-17-2025