AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

FERNANDO R STANFORD
2540 Smith Point Rd
NANJEMOY MD 20662                     )
                                      )
                                      )
                                      )
_____               )
*Plaintiff(s)*                         )
                                      )   Civil Action No.
v.                                     )
                                      )
BRIAN  DYER                            )
41 EAGLE NEST                          )
HIRAM GA  30141                        )
                                      )
_____               )
*Defendant(s)*                         )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BRIAN DYER
41 EAGLE NEST
HIRAM G.A. 30141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FERNANDO R. STANFORD
2540-Smith Point Rd
NANJEMOY MARYLAND 20662

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3-17-2025

_____                    _____
                                            *Signature of Clerk or Deputy Clerk*